# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PAMELA McMILLIN, | Case No.: CV 07 3479 AHM (VBKx) |
| Plaintiff, | JUDGE: Hon. A. Howard Matz |
| vs. | **ORDER RE STIPULATION TO DISMISS CASE WITH PREJUDICE** |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; XEROX CORPORATION EXTENDED LONG-TERM DISABILITY INCOME PLAN aka XEROX CORPORATION POST 29-MONTH PLAN, | |
| Defendants. | |

Pursuant to the parties' stipulation, this case is dismissed with prejudice. It is so ordered.

Dated: January 18, 2008

_____
Hon. A. Howard Matz